UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONG OK KIM,<br><br>                     Plaintiff,<br><br>         v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                     Defendant. | Case No. C20-5791 RAJ<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

    Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows: Defendant shall have up to and including November 19, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension, every 30 days until the certified administrative record becomes available.

    DATED this 20th day of October, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1